NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ISMAEL ABDIRASHID ALI, )
)
Petitioner, )
)
v. )     Case No. 2D18-2297
)
STATE OF FLORIDA, )
)
Respondent. )
_____ )

Opinion filed December 5, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Mark R.
Wolfe, Judge.

Julianne M. Holt, Public Defender,
Tampa, for Petitioner.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Bilal A. Faruqui,
Assistant Attorney General, Tampa,
for Respondent.


PER CURIAM.


        Denied.


KELLY, LUCAS, and SALARIO, JJ., Concur.